| | |
|---|---|
| 1 | SCOTT H.Z. SUMNER ESQ. (SBN 156304) |
| 2 | (email: Sumner@hinton-law.com) |
|   | ELISE R. SANGUINETTI (SBN 191389) |
| 3 | (email: sanguinetti@hinton-law.com) |
|   | **HINTON, ALFERT & SUMNER** |
| 4 | 1646 N. California Blvd., Suite #600 |
|   | Walnut Creek, California 94596 |
| 5 | TEL: (925) 932-6006 |
| 6 | |
| 7 | ATTORNEYS FOR PLAINTIFFS |
|   | BRENDAN SCHMIDT AND DENISE SCHMIDT |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRENDAN SCHMIDT AND DENISE SCHMIDT, | ) | Case No.: C08-04589 EMC |
| | ) | |
| Plaintiffs, | ) | STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE ORDER |
| vs. | ) | |
| PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC., AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER, | ) | Case Filed: 10/02/08 Trial Date: |
| Defendants. | ) | |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-2(a), Defendant BLACK & DECKER (U.S.) INC., incorrectly named as BLACK & DECKER CORPORATION and BLACK & DECKER (U.S.), INC. ("Defendant") and Plaintiffs BRENDAN SCHMIDT and DENISE SCHMIDT ("Plaintiffs") stipulate, through their respective counsels of record, as follows:

1. To extend the Case Management Conference currently scheduled for January 7, 2009 to March 4, 2009.

2. To extend the deadline for Plaintiffs and Defendant to file Rule 26(f) Report,

complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement from December 31, 2008 to February 18, 2009.

3. Plaintiffs served a Notice of Lawsuit and Request for Waiver of Service of Summons on all Defendants between November 28, 2008 and December 2, 2008. Pursuant to the Federal Rules of Civil Procedure, Defendants' deadline to respond to Plaintiffs' Complaint is extended to sixty days to January 24, 2009. (Fed. R. Civ. P. 4(d)(3); 12).

4. To the best of Plaintiffs' knowledge, Defendants PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, and HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER are not yet represented by counsel.

5. In order to afford the parties time to respond to the complaint and meet and confer to discuss substantive and procedural issues, Plaintiffs and Defendant, by and through their counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-2(a), to extend the Case Management Conference to March 4, 2009, following Defendants' deadline to respond to Plaintiffs' Complaint.

6. Plaintiffs and Defendant further stipulate to extend the time to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement from December 31, 2008 to February 18, 2009, following Defendants' deadline to respond to Plaintiffs' Complaint.

7. Plaintiffs and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiffs and Defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine

///
///
///
///
///
///

and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: December 31, 2008

HINTON, ALFERT & SUMNER,
A Professional Corporation

By *Elise R. Sanguinetti*
Elise R. Sanguinetti
ATTORNEYS FOR PLAINTIFFS,
BRENDAN SCHMIDT AND DENISE SCHMIDT.

DATED: December 31, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By *Robert T. Lynch*
Robert T. Lynch
Elia M. DeLuca
ATTORNEYS FOR DEFENDANT,
BLACK & DECKER (U.S.) INC.

GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered.

DATED: January 5, 2009

Magistrate Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

\\Sfdata\Conversion\0927-0002\P\185900.doc

3

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE