UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT and DENISE SCHMIDT,<br><br>      Plaintiffs,<br><br>   v.<br><br>PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC., and HOME DEPOT U.S.A., INC., dba YARDBIRDS HOME CENTER<br><br>      Defendants. | Case No. C08-04589<br><br>~~(Proposed)~~<br>**ORDER GRANTING EX-PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT plaintiff's application to continue case management is granted. The case management conference is continued to April 13, 2009 at 1:30 PM. The parties shall file a joint case management conference statement on or before April 6, 2009.

Dated: 02/06/09

_____
Thelton E. Henderson, Judge
United States District Court

*Judge Thelton E. Henderson [signature seal]*

- 4 -
**PLAINTIFFS' EX PARTE APPLICATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**