```
ROBERT T. LYNCH (SB# 34716)
ELIA M. DELUCA (SB# 249059)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:   (415) 397-0937


ATTORNEYS FOR DEFENDANTS
BLACK & DECKER (U.S.) INC., PENTAIR,
INC., DELTA INTERNATIONAL
MACHINERY CORPORATION, AND HOME
DEPOT U.S.A., INC., DBA YARDBIRDS
HOME CENTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT AND DENISE SCHMIDT,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC., AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER,<br><br>Defendants. | Case No.: C08-04589 EMC<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case Filed: 10/02/08 |

Pursuant to ND CA Rule 6-1(a), all parties to this action hereby stipulate to an extension of time for all defendants to respond to Plaintiffs' Complaint in this action. The parties agree that responsive pleadings from all defendants in this action are due to be filed on or before **March 11, 2009**.

The stipulated extension will not alter the date for any hearing set by the Court.

///

---

1

STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: February 24, 2009 | LYNCH, GILARDI & GRUMMER |
| 2 | | |
| 3 | | By _____ |
| 4 | | Robert T. Lynch |
| | | Attorneys for Defendants |
| 5 | | BLACK & DECKER (U.S.) INC., PENTAIR, INC., DELTA INTERNATIONAL |
| 6 | | MACHINERY CORPORATION, AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS |
| 7 | | HOME CENTER |
| 8 | Dated: February 23, 2009 | HINTON, ALFERT & SUMNER |
| 9 | | |
| 10 | | By _____ |
| 11 | | Elise Sanguinetti |
| | | Attorneys for Plaintiffs |
| 12 | | BRENDAN SCHMIDT AND DENISE SCHMIDT |

**IT IS SO ORDERED**

Judge Thelton E. Henderson
02/25/09

Document in ProLaw

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937