ROBERT T. LYNCH (SB# 34716)
ELIA M. DELUCA (SB# 249059)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

ATTORNEYS FOR DEFENDANTS
BLACK & DECKER (U.S.) INC., PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT AND DENISE SCHMIDT,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC., AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER,<br><br>Defendants. | Case No.: C08-04589 EMC<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Case Filed: 10/02/08 |

Pursuant to ND CA Rule 6-1(a), all parties to this action hereby stipulate to an extension of time for defendants Black & Decker (U.S.) Inc. and Pentair, Inc. to respond to Plaintiffs' Complaint in this action. The parties agree that responsive pleadings from these defendants in this action are due to be filed on or before **March 24, 2009**.

The stipulated extension will not alter the date for any hearing set by the Court.

///

1

1 | Dated: March 11, 2009

LYNCH, GILARDI & GRUMMER

By _____
Robert T. Lynch
Attorneys for Defendants
BLACK & DECKER (U.S.) INC., PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, AND HOME DEPOT U.S.A., INC., DBA YARDBIRDS HOME CENTER

Dated: March 11, 2009

HINTON, ALFERT & SUMNER

By _____
Elise Sanguinetti
Attorneys for Plaintiffs
BRENDAN SCHMIDT AND DENISE SCHMIDT

Document in ProLaw

**IT IS SO ORDERED**
*[signature]*
Judge Thelton E. Henderson
03/12/09

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937