| | |
|---|---|
| 1 | George Carpinello, (SBN 1652684) |
| 2 | BOIES, SCHILLER & FLEXNER, LLP |
|   | 10 North Pearl Street, Floor 4 |
|   | Albany, NY 12207 |
| 3 | Tel: (518)434-0600 |
| 4 | gcarpinello@BSFLLP.com |

Co-Counsel for PLAINTIFFS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT and DENISE SCHMIDT, | Case No. ~~C08-04509~~ C08-4589 TEH |
| Plaintiffs, | ~~(Proposed)~~ |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC., and HOME DEPOT U.S.A., INC., dba YARDBIRDS HOME CENTER | |
| Defendants. | |

George Carpinello, an active member in good standing of the bar of New York, whose business address and telephone number is 10 North Pearl Street, 4th Floor, Albany NY 12207, 515-434-0600, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Brendan Schmidt and Denise Schmidt.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

- 1 -
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED:  04/07/09



Judge Thelton E. Henderson

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE