IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDAN SCHMIDT and DENISE SCHMIDT,

               Plaintiffs,

     v.

PENTAIR, INC., et al.,

               Defendants.

NO. C08-4589 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

       The Court is in receipt of Plaintiffs' motion to continue the trial and pretrial dates, as well as Plaintiffs' unopposed request to shorten time on that motion. As the Court explained when it set the trial date at the January 11, 2010 case management conference, trial dates set by this Court are firm; they are not dates to which the parties should aspire. Although it is unclear whether Defendants support Plaintiffs' request to continue the trial and related dates, it appears from Plaintiffs' papers that Defendants bear at least some of the burden for discovery delays. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties shall appear for a case management conference on **September 20, 2010, at 1:30 PM.** Telephonic appearances shall not be permitted.

       At that time, the parties shall be prepared to present to the Court in writing a list of all outstanding discovery and firm dates for completing such discovery before the existing discovery cut-off deadline. If they are unable to agree on such dates, they shall be prepared for the Court to set such deadlines or to refer this matter to a special master for discovery, who shall be given the authority to resolve all discovery disputes, allocate his or her fees

1 among the parties as he or she deems appropriate, and recommend a new discovery cut-off
2 date to the Court.

4 **IT IS SO ORDERED.**

6 Dated:   09/13/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT