UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT and DENISE SCHMIDT,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTAIR, INC.; DELTA INTERNATIONAL MACHINERY CORPORATION; BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.), INC.; and HOME DEPOT U.S.A., INC., dba YARDBIRDS HOME CENTER,<br><br>Defendants. | Case No.: C08-04589 TEH<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE<br><br>Case Filed: October 2, 2008<br>Trial Date: December 7, 2010 |

## ORDER

Based on the Stipulation of all parties herein, the current trial date in this matter of December 7, 2010 is hereby continued until *Further order of the Court.*

A new Pre-Trial Conference will be calendared, and a revision to the existing Scheduling Order (Order for Pre-Trial Preparation, Docket #56, dated 1/15/10) shall be issued by the Court forthwith.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/19, 2010

HON. THELTON E. HENDERSON
United States District Judge

204792

Lynch, Gilardi & Grummer
170 Columbus Ave.,
5th Floor
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

5
**STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE**