UNITED STATES DISTRICT COURT

Northern District of California

BRENDAN SCHMIDT, et al.,

                Plaintiffs,
  v.

PENTAIR, INC., et al.,

                Defendants.
_____/

No. C 08-04589 TEH (MEJ)

**ORDER VACATING COURTROOM MEET AND CONFER SESSION**

On October 20, 2010, the Court ordered the parties to appear for a courtroom meet and confer session regarding outstanding discovery disputes. (Dkt. #95.) In response, the parties filed a joint letter requesting that the Court vacate its order because they have actively engaged in discussions and it is possible that the issues in dispute will be narrowed to "no more than a handful of unresolvable issues." (Dkt. #96.) The parties further "commit to the Court to provide one revised letter of no more than 4 single-spaced pages addressing the few unresolved issues." *Id.*

Good cause appearing, the Court hereby VACATES the October 29, 2010 courtroom meet and confer session. Within 14 days from the date of this Order, the parties shall file a joint letter of no more than 4 single-spaced pages, excluding the caption page. In case the Court determines that further in-person discussions are necessary, the parties shall include their availability for a mutually-convenient in-person meet and confer session in San Francisco between now and the end of the year.

**IT IS SO ORDERED.**

Dated: October 27, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge