UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHMIDT and DENISE SCHMIDT, | |
| | Case No. C08-04589 TEH |
| Plaintiffs, | |
| | |
| v. | Case Filed:   October 2, 2008 |
| | |
| PENTAIR, INC., DELTA INTERNATIONAL MACHINERY CORPORATION, BLACK & DECKER CORPORATION, BLACK & DECKER (U.S.) INC., and HOME DEPOT U.S.A., INC., dba YARDBIRDS HOME CENTER, | |
| | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL FOR DEFENDANTS PENTAIR, INC., THE BLACK & DECKER CORPORATION AND BLACK & DECKER (U.S.) INC.**

---

1

Plaintiffs Brendan Schmidt and Denise Schmidt and Defendants Pentair, Inc., Delta International Machinery Corporation, The Black & Decker, Corporation, Black & Decker (U.S.) Inc. collectively (the "Parties") hereby stipulate as follows:

1. Defendants Pentair, Inc., The Black & Decker Corporation and Black & Decker (U.S.) Inc. (the "Dismissed Corporate Defendants") shall be dismissed with prejudice.

2. Defendant Delta International Machinery Corp. ("Delta") will not use the dismissal of Defendants Pentair, Inc., The Black & Decker Corp. and Black & Decker (U.S.) Inc. to argue the lack of relevance or admissibility of any evidence to be introduced at trial. Defendant Delta preserves all other evidentiary objections except those related to the dismissal of the Pentair, Inc., The Black & Decker Corp. and Black & Decker (U.S.) Inc.

3. Plaintiffs may introduce at trial the fact that The Black & Decker Corporation purchased Delta International Machinery Corp. from Pentair, Inc. in October 2004 and, unless objected to on other grounds, that Black & Decker (U.S.) Inc. continues to make Delta-brand table saws, including many models previously made by Delta International Machinery Corp. and its predecessor entities, and Black & Decker's work on guards, flesh detection and other related issues.

Dated: ~~October 28, 2010~~ Nov 1, 2010    By: ___/s/ G. F. Carpinello/___

**BOIES, SCHILLER & FLEXNER LLP**

George F. Carpinello, Esq.
Gera Peoples, Esq.
10 North Pearl Street, Fourth Floor
Albany, New York 12207
(518) 434-0600
Email: gcarpinello@bsfllp.com
Email: gpeoples@bsfllp.com

**HINTON, ALFERT & SUMNER**
Scott H.Z. Sumner, Esq. (SBN 156304)
Elise R. Sanguinetti, Esq. (SBN 191389)
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
(925) 932-6006
Email: sumner@hinton-law.com
Email: sanguinetti@hinton-law.com

*Attorneys for Plaintiffs Brendan & Denise Schmidt*

JOINT STIPULATION OF DISMISSAL FOR DEFENDANTS PENTAIR, INC., THE BLACK & DECKER CORPORATION AND BLACK

**LYNCH, GILARDI & GRUMMER, APC**

By: /s/ Daniel Lanier by permission JJR
Robert Lynch, Esq.
John J. Ring, Esq.
170 Columbus Avenue, 5th Floor
San Francisco, California 94133

**MILES & STOCKBRIDGE**
Daniel Lanier, Esq.
10 Light Street
Baltimore, Maryland 21202

*Attorneys for Defendants Pentair, Inc.; Delta International Machinery Corporation; Black & Decker Corporation; Black & Decker (U.S.) INC.; Home Depot U.S.A., INC. d/b/a Yardbirds Home Center*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/2/10
IT IS SO ORDERED
Judge Thelton E. Henderson

S:\wpdata\5548001\Schmidt\Draft Joint Stip 10.18.10.doc

JOINT STIPULATION OF DISMISSAL FOR DEFENDANTS PENTAIR, INC., THE BLACK & DECKER CORPORATION AND BLACK