Bowman and Brooke LLP
Vincent Galvin (#104448)/Neil M. Kliebenstein (#226060)
1741 Technology Drive, Suite 200
San Jose, CA 95110
(408) 279-5393
Fax: (408) 279-5845
Vincent.Galvin@bowmanandbrooke.com
Neil.Kliebenstein@bowmanandbrooke.com

E-filing



FILED
DEC 16 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brendan Schmidt, et al.<br><br>Plaintiff(s)<br>v.<br><br>Pentair, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>C08-04589<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:    E-filing

Pentair, Inc., Delta International Machinery Corporation, Black & Decker Corporation, Black & Decker (U.S.) Inc., Home Depot, U.S.A., Inc. d/b/a Yardbirds Home Center    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Vincent Galvin  _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1741 Technology Drive, Suite 200
*Street Address*

San Jose, CA 95110                              Vincent.galvin@bowmanandbrooke.com
*City, State, Zip*                                        *E-Mail Address*

(408) 279-5393            (408) 279-5845                 104448
*Telephone Number*         *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of  Robert Lynch
                                              *Present Attorney*

is hereby  ☒ **GRANTED**    ☐ **DENIED**

Dated  12/16/10

[signature]
U. S. District Judge/U.S. Magistrate Judge

---

G-01 ORDER (06/05)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    American LegalNet, Inc.
www.USCourtForms.com