# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| BRENDAN SCHMIDT | No. C 08-04589 MEJ |
|         Plaintiff(s), | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| PENTAIR, INC. | |
|         Defendant(s). | |

On January 27, 2011, the parties electronically filed a discovery dispute letter. (Dkt. #108.) However, the parties have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

      IT IS SO ORDERED.

Dated: February 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge